JS-6

FILED
CLERK, U.S. DISTRICT COURT

5-23-2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___pg___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY SIPKIN PHOTOGRAPHY LLC,<br><br>Plaintiff,<br><br>v.<br><br>BSO ENTERTAINMENT LLC,<br><br>Defendants. | Case No. 2:24-cv-06793-SPG-E<br><br>**JUDGMENT** |

On May 7, 2025, the Court granted Plaintiff's Motion for Default Judgment. (ECF No. 17 ("Order")). Pursuant to that Order, the Court hereby ORDERS, DECREES, AND ADJUDGES that:

Judgment is entered in favor of Plaintiff Corey Sipkin Photography LLC, and against BSO Entertainment LLC, on Plaintiff's Complaint, and awards damages in the total amount of $25,938.70, comprised of:

1. Statutory damages in the amount of $23,445.00 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the three Photographs identified in the Complaint;
2. Costs in the amount of $487.00; and

//
//

3. Attorneys' fees in the amount of $2,006.70.

**IT IS SO ORDERED.**

DATED: May 23, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE